IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| AMBROSE S. FERNANDEZ, JR., ) | CIV NO. 15-00487 LEK-KSC |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| DEPARTMENT OF PUBLIC ) | |
| SAFETY - SHERIFF DIVISION; ) | |
| MAURICE RICE; HENRY KIM; ) | |
| MATTHEW DVONCH; ) | |
| DEPARTMENT OF THE ) | |
| ATTORNEY GENERAL, STATE ) | |
| OF HAWAII; JOHN DOES 1-10; ) | |
| JANE DOES 1-10; DOE ) | |
| GOVERNMENTAL ENTITIES 1- ) | |
| 10; DOE CORPORATIONS 1-10; ) | |
| DOE NON-PROFIT ) | |
| CORPORATIONS 1-10, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on January 28, 2016, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation To Deny Plaintiff's Motion For Entry of Default Judgment" filed

on January 28, 2016 (ECF NO. [16]) are adopted as the opinion and order of this Court.

    IT IS SO ORDERED.

    DATED AT HONOLULU, HAWAII, February 17, 2016.



    /s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**AMBROSE S. FERNANDEZ, JR. VS. DEPARTMENT OF PUBLIC SAFETY - SHERIFF DIVISION, ET AL; CIVIL 15-00487 LEK-KSC; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**