AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| AMBROSE S. FERNANDEZ, JR. | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case: CIV NO. 15-00487 LEK-KSC |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| STATE OF HAWAI'I, ET AL., | May 22, 2017 |
| Defendants. | At 3 o'clock and 25 min p.m.<br>SUE BEITIA, CLERK |

[ ]   **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED    that Judgment is entered pursuant to the "Order Dismissing Remaining Claims And Directing That The Case Be Closed" filed on May 22, 2017, ECF NO. [39].

| | |
|---|---|
| May 22, 2017 | SUE BEITIA |
| Date | Clerk |
| | /s/ Sue Beitia by EPS |
| | (By) Deputy Clerk |